IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

MICHAEL LEE MYERS,  )
        Petitioner,  )
v.  )  Civil Action No. 05-334 Erie
NISH,  )
        Respondent.  )

## MEMORANDUM ORDER

This petition for writ of habeas corpus was received by the Clerk of Court on November 9, 2005 and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's Report and Recommendation, filed on January 17, 2006, recommended that the petition for writ of habeas corpus be dismissed for failure to prosecute. The parties were allowed ten (10) days from the date of service to file objections. Service was made on Petitioner by certified mail at SCI Waymart, where he is incarcerated. Petitioner has filed no objections to Magistrate Judge Baxter's Report and Recommendation. After de novo review of the petition and documents in the case, together with the Report and Recommendation, the following order is entered:

AND NOW, this 6th day of February, 2006,

IT IS HEREBY ORDERED that the Petition for Writ of Habeas Corpus is DISMISSED for failure to prosecute.

The Report and Recommendation of Magistrate Judge Baxter, filed on January 17, 2006 [Doc. # 3], is adopted as the opinion of the Court.

                              s/ Sean J. McLaughlin
                                 United States District Judge

cm:  All parties of record
       Susan Paradise Baxter, U.S. Magistrate Judge